UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24408-Civ-COOKE

SOPHIA LUGO, on her own behalf and
on behalf of her minor children SV and
MV, and ANDRES ENRIQUE LUGO,

    Plaintiffs,

vs.

JEFF SESSIONS, Attorney General of the United
States, ELAINE DUKE, Acting Secretary of the
Department of Homeland Security (DHS), L.
FRANCIS CISSNA, Director, U.S. Citizenship and
Immigration Services (USCIS), LINDA SWACINA,
USCIS District Director, Miami, Fl., and YESEIRA
DIAZ, USCIS Field Office Director, Miami, Fl.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before me upon Plaintiff's Complaint for Writ of Mandamus (ECF No. 1), filed December 5, 2017. Plaintiffs allege that Forms N-600K were filed on behalf of MV and SV on March 15, 2016, seeking the issuance of a certificate of citizenship under Section 322 of the Immigration and Nationality Act ("INA"). Compl., ¶ 13. SV's Form N-600K needed to be reopened based on a prior case and was reopened on June 5, 2017. *Id.* at ¶ 14. Plaintiff maintains that the USCIS Miami Field Office processing time for Forms N-600K is approximately nine months. *Id.* at ¶ 15. Despite Plaintiffs' counsel's repeated inquiries as to the status of the applications, neither SV's nor MV's Form N-600K has yet been adjudicated. *See id.* at ¶¶ 12, 14. Plaintiffs allege that Defendants owe Plaintiffs the duty to act on their applications and have failed to exercise their duty. *Id.* at ¶¶ 19–20. Plaintiffs now seek aid of this Court in ordering Defendants to act on SV's and MV's Forms N-600K and award Plaintiffs reasonable costs and attorneys' fees.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendants must show cause, on or before **January 31, 2018**, why mandamus relief

    should not be granted.

2. In the event that Defendants do show cause, Plaintiff may file a response no later than **March 2, 2018**.

3. The Court shall set a hearing in this matter, at a later date, if necessary. However, the Parties are reminded that they are under an obligation to immediately inform this Court of any settlement or resolution of this matter.

    **DONE AND ORDERED** in Chambers, at Miami, Florida, this 7th day of December 2017.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*All Counsel of Record*